IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DREW C. HARTLEY,

    Petitioner,

vs.                                      CASE NO. 5:07cv101/RS-EMT

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Order, report and Recommendation (Doc. 36) and Petitioner's Motion For Relief From Judgment Or Order (Doc. 39), which shall be considered *de novo* as objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's habeas petition challenging the disciplinary decision issued on September 22, 2005, Log #110-051370 at Washington Correctional Institution, is denied.

3. The clerk is directed to close the file.

ORDERED on April 23, 2008.

                                   /S/ Richard Smoak
                                   **RICHARD SMOAK**
                                   **UNITED STATES DISTRICT JUDGE**